Kevin Schwin SBN 262595
Mortimer & Schwin
110 North D Street
Madera, CA 93638
T: (559)674-8712
F: (559)674-4160
E-Mail: SchwinLaw@gmail.com

Attorneys for Defendants,
SATWANT S. SAMRAO, BHUPINDER K. SAMRAO,
BALDEV SANDHU, KULWANT SANDHU, and
CHARANJIT SINGH, dba FIREBAUGH GAS & MINI MART

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>     Plaintiff,<br><br>vs.<br><br>SATWANT S. SAMRAO, BHUPINDER K. SAMRAO, BALDEV SANDHU, KULWANT SANDHU, and CHARANJIT SINGH, dba FIREBAUGH GAS & MINI MART<br><br>     Defendants. | Case No.: 1:09-CV-02189-LJO-GSA<br><br>**STIPULATION TO AMEND ORDER SETTING MANDATORY SCHEDULING CONFERENCE AND ORDER**<br><br>Trial Date: None Set |

IT IS HEREBY STIPULATED by and between the Parties, having conferred on all issues and discussed settlement options, the MANDATORY SCHEDULING CONFERENCE currently set for March 23, 2010 at 9:30 AM in Courtroom 10 be continued to May 4, 2010 at 10:15 AM in Courtroom 10.

IT IS SO STIPULATED

Dated: March 16, 2010        By:___/s/ Kevin Schwin_____
                                              Kevin Schwin, Esq.
                                              Attorneys for Defendants,
                                              SATWANT S. SAMRAO,
                                              BHUPINDER K. SAMRAO,
                                              BALDEV SANDHU,
                                              KULWANT SANDHU, and
                                              CHARANJIT SINGH, dba
                                              FIREBAUGH GAS & MINI MART

Dated: March 16, 2010        By:___/s/ Tanya L. Moore_____
                                              Tanya L. Moore

PDF created with pdfFactory trial version www.pdffactory.com

1
2  Moore Law Firm, P.C.
   Attorneys for Plaintiff,
3  THERESA WALLEN

4  **IT IS SO ORDERED**

5  Dated: March 16, 2010                    /s/ Gary S. Austin
6                                   UNITED STATES MAGISTRATE JUDGE

Mortimer & Schwin                - 2 -                Stipulation and Order
Attorneys at Law                                       *Wallen vs. Samrao, et al.*
                                                Case No.: 1:09-CV-02189-LJO-GSA

PDF created with pdfFactory trial version www.pdffactory.com