UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | CASE NO. CV F 09-2189 LJO GSA |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| SATWANTS S. SAMRAO, BHUPINDER K. SAMRAO, BALDEV SANDHU, KULWANT SANDHU, and CHARANJIT SINGH, dba FIREBAUGH GAS & MINI MART, | |
| Defendants. | |
_____/

On July 9, 2010, Plaintiff filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than July 29, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

Dated: July 12, 2010         /s/ Lawrence J. O'Neill
                             Honorable Lawrence J. O'Neill
                             U.S. District Court Judge