Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>SATWANT S. SAMRAO, BHUPINDER K. SAMRAO, BALDEV SANDHU, KULWANT SANDHU, and CHARANJIT SINGH, dba FIREBAUGH GAS & MINI MART,<br><br>    Defendants. | No. 1:09-CV-02189-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to District Judge<br>Lawrence J. O'Neill<br>Complaint filed: December 17, 2009 |

    Plaintiff Theresa Wallen, through her attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants SATWANT S. SAMRAO, BHUPINDER K. SAMRAO, BALDEV SANDHU, KULWANT SANDHU, and CHARANJIT SINGH, dba FIREBAUGH GAS & MINI MART, through their attorney, MORTIMER & SCHWIN, Madera, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: July 27, 2010                                              /s/Tanya Levinson Moore

*Wallen v. Satwant S. Samrao, et al.*

Stipulation for Dismissal

1
2           Tanya E. Levinson Moore
3           Attorney for Plaintiff
4 Date: July 27, 2010     MORTIMER & SCHWIN
5
           <u>/s/ Kevin Schwin</u>
6           Kevin Schwin, Esq.
7           Attorney for Defendants

8          **ORDER**

9
10 THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice. The clerk is directed to
11 close this action.

12   IT IS SO ORDERED.
13
14 **Dated: July 27, 2010**     /s/ Lawrence J. O'Neill
           UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26

*Wallen v. Satwant S. Samrao, et al.*

Stipulation for Dismissal